WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDD HALL, <br><br> Plaintiff, <br><br> vs. <br><br> CLARITY SERVICES, INC.; 2233 PARADISE ROAD, LLC dba CASH FACTORY USA; FINEWISE BANK; RISE CREDIT, <br><br> Defendants. | Case No.: 2:22-CV-01642-CDS-DJA <br><br> **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

　　Plaintiff, Judd Hall ("Plaintiff"), and Defendant, 2233 Paradise Road, LLC dba Cash Factory USA ("Cash Factory USA") (collectively "Parties"), by and through their counsel of record, hereby move as follows:

　　On September 28, 2022, Plaintiff filed his Complaint [ECF No. 1]. Cash Factory USA was served with Plaintiff's Complaint on September 29, 2022. The deadline for Cash Factory USA to respond to Plaintiff's Complaint was October 20, 2022. The Parties have discussed extending the deadline for Cash Factory USA to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

　　WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Cash Factory USA to file their responsive pleading to Plaintiff's Complaint to November 21, 2022.

　　This is the first motion for an extension of time for Cash Factory USA to file their responsive pleading. The parties are actively discussing settlement. In the event the parties cannot resolve the case, it is anticipated that they will stipulate to remove the case to arbitration. The

extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

      As part of this motion, Cash Factory USA agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

      DATED this 14th day of October, 2022.

| WRIGHT, FINLAY & ZAK, LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Shawn Miller* |
| Ramir M. Hernandez, Esq. | David Krieger, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 9086 |
| 7785 W. Sahara Ave., Suite 200 | Shawn Miller, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 7825 |
| *Attorneys for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA* | 5502 S. Ft. Apache, Suite 200 |
| | Las Vegas, NV 89148 |
| | *Attorneys for Plaintiff, Judd Hall* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/14/2022