Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
coconnor@jonesday.com

*Attorneys for Defendant*
*Clarity Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL, | Case No. 2:22-cv-01642-CDS-DJA |
| Plaintiff, | **DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| CLARITY SERVICES, INC; 2233 PARADISE ROAD, LLC dba CASH FACTORY USA; FINWISE BANK; RISE CREDIT, | Complaint Filed: 9/28/2022 |
| Defendants. | |

Defendant Clarity Services, Inc. ("Clarity") and Plaintiff Judd Hall ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on September 28, 2022, and currently, Clarity's responsive pleading is due October 21, 2022. (ECF No. 1.) The first extension will allow Clarity an

opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Clarity stipulate and agree that Clarity shall have an extension until November 21, 2022, to file its responsive pleading.

This is Clarity's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Clarity an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 19th day of October 2022.

| NAYLOR & BRASTER | KRIEGER LAW GROUP, LLC |
|---|---|
| By: */s/ Benjamin Gordon* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Benjamin B. Gordon <br> Nevada Bar No. 15552 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 | By: */s/ Shawn W. Miller* <br> David H. Krieger <br> Nevada Bar No. 9086 <br> Shawn Wayne Miller <br> Nevada Bar No. 7825 <br> 5502 S. Fort Apache Road, Suite 200 <br> Las Vegas, NV 89148 |
| Cheryl O'Connor <br> Nevada Bar No. 14745 <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612 | *Attorneys for Plaintiff Judd Hall* |

*Attorneys for Defendant Clarity Services, Inc.*

**IT IS SO ORDERED.**

Dated this  20th  day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE