J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Brittni A. Tanenbaum, Esq.
Nevada Bar No. 16013
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:	702.949.8200
Fax:	702.949.8398
CJorgensen@lewisroca.com
BTanenbaum@lewisroca.com

*Attorneys for Defendant Rise Credit*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL,<br><br>          Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC; 2233 PARADISE ROAD, LLC *dba* CASH FACTORY USA; FINWISE BANK; RISE CREDIT,<br><br>          Defendants. | Case No. 2:22-cv-01642-CDS-DJA<br><br>**DEFENDANT RISE CREDIT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant Rise Credit ("Rise"), through its attorneys, respectfully requests that this Court extend the deadline in which Rise has to answer or otherwise respond to Plaintiff's Complaint, through and until November 17, 2022. In support of its Motion, Rise states the following:

    1.    Plaintiff filed the Complaint initiating this action on September 28, 2022. (ECF No. 1).

    2.    Plaintiff served the Summons and Complaint on Rise effective October 6, 2022. This established an initial deadline for Rise to respond to the Complaint by October 27, 2022. (ECF No. 7).

    3.    Rise's deadline to respond to the Complaint has not yet expired.

119255273.3

1    4.   Rise now respectfully requests that this Court extend Rise's deadline to respond to
2    the Complaint, through and including November 17, 2022.

3    5.   Counsel for Rise discussed the requested extension with counsel for Plaintiff and
4    counsel, Shawn Miller, does not oppose the requested extension.

5    6.   Rise desires additional time to respond to the Complaint in order to investigate the
6    allegations and underlying facts, and to determine whether early resolution is possible.

7    7.   This is Rise's first request for an extension; this request is brought in good faith
8    and not made to unnecessarily delay these proceedings.

9    8.   No party will be prejudiced by the requested extension nor, respectfully, will the
10   extension unduly burden this Court.

11   9.   Granting the requested extension is in the interest of justice and is otherwise right
12   and proper.

13   **WHEREFORE** Defendant Rise respectfully requests that this Court grant its Unopposed Motion for Extension of Time to Respond to Complaint, extending its deadline to answer or otherwise respond to Plaintiff's Complaint by and through November 17, 2022, and award such other relief this Court deems just and proper.

DATED this 26th day of October, 2022.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Brittni A. Tanenbaum
J Christopher Jorgensen, Esq. (SBN 5382)
Brittni A. Tanenbaum, Esq. (SBN 16013)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

*Attorneys for Defendant Rise Credit*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 27, 2022

119255273.3

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2022, a true and exact copy of the foregoing has been served upon all parties via CM/ECF.

/s/ Martin Lucero
An employee of Lewis Roca Rothgerber Christie LLP

119255273.3

- 3 -