WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL, | Case No.:  2:22-cv-01642-CDS-DJA |
| Plaintiff, | **JOINT STIPULATION TO STAY CASE AND REFER THE CASE TO ARBITRATION** |
| vs. | |
| CLARITY SERVICES, INC.; 2233 PARADISE ROAD, LLC dba CASH FACTORY USA; FINEWISE BANK; RISE CREDIT, | |
| Defendants. | |

Plaintiff, Judd Hall ("Plaintiff"), and Defendant, 2233 Paradise Road, LLC dba Cash Factory USA ("Cash Factory USA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On October 18, 2019, Plaintiff and Cash Factory USA entered into a Consumer Installment Loan Promissory Note (hereinafter "Loan Contract").

Pursuant to the terms of the Loan Contract, "any legal dispute between you and Cash Factory USA will be resolved by binding arbitration."   Such arbitration shall be conducted by the American Arbitration Association ("AAA")

On, August 28, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendant appeared in this case on October 11, 2022.

The parties have conferred and agree that the case should be stayed as to Plaintiff claims against Cash Factory USA so that the case may be referred to arbitration in a manner consistent with the Loan Contract.

1    WHEREAS, the Parties hereby stipulate and agree that the case be stayed as to

2    Plaintiff's claims against Cash Factory USA.

3    The Parties further stipulate that upon completion of the arbitration case, the Parties

4    will move to lift the stay and enter any judgment with the Court.

5    DATED this 21st day of November, 2022.

6

7    WRIGHT, FINLAY & ZAK, LLP                          KRIEGER LAW GROUP, LLC

8    */s/ Ramir M. Hernandez*                            */s/ Shawn W. Miller*
     Ramir M. Hernandez, Esq.                            Shawn W. Miller, Esq.
9    Nevada Bar No. 13146                                Nevada Bar No. 7825
     7785 W. Sahara Ave., Suite 200                      5502 S. Fort Apache Rd., Suite 200
10   Las Vegas, NV 89117                                 Las Vegas, NV 89148
     *Attorneys for Defendant, 2233 Paradise*            *Attorneys for Plaintiff, Judd Hall*
11   *Road, LLC dba Cash Factory USA*

12

13

14

15

16                                                       IT IS SO ORDERED:

17

18                                                       UNITED STATES DISTRICT JUDGE

19                                                       DATED:  November 22, 2022

20

21

22

23

24

25

26

27

28