David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Judd Hall*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL,<br><br>Plaintiff<br><br>vs.<br><br>CLARITY SERVICES, INC; 2233 PARADISE ROAD, LLC dba CASH FACTORY USA; FINWISE BANK; RISE CREDIT,<br><br>Defendants | Case No.: 2:22-cv-01642-CDS-DJA<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT CLARITY SERVICES, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between JUDD HALL ("Plaintiff") and Defendant CLARITY SERVICES, INC ("Clarity"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against Clarity are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on January 30, 2023.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Benjamin Gordon |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Shawn W. Miller, Esq. | Benjamin B. Gordon, Esq. |
| KRIEGER LAW GROUP, LLC | NAYLOR & BRASTER |
| 5502 S. Fort Apache Road, Suite 200 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89145 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| ***Judd Hall*** | ***Clarity Services, Inc.*** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___January 31, 2023_____