WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL,<br><br>        Plaintiff<br><br>    vs.<br><br>CLARITY SERVICES, INC.; 2233 PARADISE ROAD, LLC dba CASH FACTORY USA; FINEWISE BANK; RISE CREDIT,<br><br>        Defendants | Case No.:  2:22-cv-01642-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Defendant, 2233 Paradise Road, LLC dba Cash Factory USA and Plaintiff, Judd Hall (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 1st day of March, 2024.                DATED this 1st day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP                         KRIEGER LAW GROUP, LLC

/s/ Ramir M. Hernandez                            /s/ Matthew I. Knepper
Ramir M. Hernandez, Esq.                          Matthew I. Knepper, Esq.
Nevada Bar No. 13146                              Nevada Bar No. 12796
7785 W. Sahara Ave., Suite 200                    5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89117                               Las Vegas, NV 89148
*Attorneys for Plaintiff, U.S. Bank National      Attorneys for Plaintiff, Judd Hall*
*Association, As Successor In Interest To*
*Wachovia Bank, National Association, As*
*Trustee For Banc Of America Funding*
*Corporation Mortgage Pass-Through*
*Certificates, Series 2004-C*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: March 4, 2024

_____
UNITED STATES DISTRICT JUDGE